IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| RYAN KNUTSON,<br><br>               Plaintiff,<br><br>   vs.<br><br>FIDELITY NATIONAL MANAGEMENT SERVICES, LLC, doing business in Nebraska as;<br><br>               Defendant. | 4:12CV3167<br><br>**MEMORANDUM AND ORDER** |

      The defendant has moved for an order compelling the plaintiff to supplement his Rule 26(a) disclosures. Specifically, the defendant requests that the plaintiff be ordered to "provide the specific knowledge for each witness he has disclosed in support of his claims as required by Fed. R. Civ. P. 26(a)(1)(A)(i)."  (Filing No. 21).

      Pursuant to Rule 26 (a)(1)(A)(i), a party must disclose "the name and, if known, the address and telephone number of each individual likely to have discoverable information--along with the *subjects* of that information--that the disclosing party may use to support its claims or defenses, unless the use would be solely for impeachment. . . ."  Fed. R. Civ. P. 26 (emphasis added).  Rule 26 does not require a party to disclose "the specific knowledge for each witness" as requested by defendant's motion.

      The court has reviewed the plaintiff's Rule 26 disclosures, (Filing No. 23-2), and finds the disclosures adequately identify the general subject matter of each witness' knowledge; particularly since the vast majority of the witnesses listed are or were employees of the defendant, and the defendant has at least equal and likely more access to these witnesses for informal discovery than the plaintiff.  Accordingly,

      IT IS ORDERED that the defendant's motion to compel, (Filing No. 21), is denied.

January 23, 2013.                          BY THE COURT:

                                                            *s/ Cheryl R. Zwart*
                                                             United States Magistrate Judge