IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

RYAN KNUTSON,

          Plaintiff,

vs.

FIDELITY NATIONAL
MANAGEMENT SERVICES, LLC,

          Defendant.

4:12-CV-3167

JUDGMENT

Upon the parties' Stipulation of Dismissal with Prejudice (filing 49), this matter is dismissed with prejudice, with the parties to pay their own costs and attorney fees.

Dated this 25th day of June, 2013.

BY THE COURT:

John M. Gerrard
United States District Judge